**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>        v.<br><br>Hugo Alberto Galindo Lopez,<br><br>            Defendant. | MAGISTRATE NO. 06-7201M<br><br>**Order Re: Extending Time to Indict** |

HAVING considered Defendant Hugo Alberto Galindo Lopez's Motion to Extend Time and good cause having been shown;

THE COURT makes the following findings:

1. Counsel for defendant has only recently been appointed;

2. The defendant wishes to investigate possible defenses prior to considering the government's plea offer;

3. The government's has offered a plea agreement which will be lost if not accepted before the defendant is indicted.

4. If the defendant is indicted on this matter the offer if any shall likely be less advantageous to the defendant;

5. Failure to extend time for indictment in this instance would thus operate to bar defendant from reviewing the government's pre indictment plea offer when extended, and the ability to participate in a settlement conference already scheduled.

6. The ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy indictment.

1   IT IS HEREBY ORDERED that defendant's Motion to Extend Time for Indictment
2 requesting an extension of thirty (30) days within which the government may seek to indict
3 defendant, is hereby granted.
4   IT IS FURTHER ORDERED excluding thirty (30) days for Speedy Indictment purposes.
5   Excludable delay under 18 U.S.C. §3161(h)(8) is found to commence on September 23,
6 2006, for a total of thirty days, allowing a total of sixty days after arrest to file an indictment.
7   DATED this 18th day of September, 2006.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge